

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| CF JORDAN CONSTRUCTION, L.L.C., | § | No. 08-15-00127-CV |
|  | § | Appeal from the |
| APPELLANT, | § | 205th District Court |
| V. | § | of El Paso County, Texas |
| LAZARO LOZANO, | § | (TC# 2013-DCV-1847) |
| APPELLEE. | § |  |

## J U D G M E N T

The Court has considered this cause on the joint motion to dismiss the appeal with prejudice and concludes the appeal should be dismissed with prejudice, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 10TH DAY OF JULY, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez and Hughes, JJ.